**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABC LLC ) | |
| ) | Case No. 1:24-cv-3436 |
| v. ) | |
| ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeannice W. Appenteng |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**PLAINTIFF'S *EX PARTE* MOTION FOR
EXTENSION OF *EX PARTE* TEMPORARY RESTRAINING ORDER**

Plaintiff seeks entry of a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER granted on May 9, 2023 [Docket #19] which is set to expire on May 23, 2023.

Plaintiff's counsel served the TRO and discovery requests on the third-party ecommerce platforms on May 10, 2024, to maximize the time available for the platforms to provide the requested data. Plaintiff and counsel have been working diligently with the various ecommerce platforms to identify and obtain contact information for the Doe Defendants, but need more time to assemble the contact information and effect service. To date, approximately 35% of the Doe Defendant's contact information has been located.

Plaintiff accordingly asks the court for a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER, until June 6, 2024, at which time the Plaintiff shall present a motion for a Preliminary Injunction.

Dated this 23rd Day of May, 2024.        Respectfully submitted,

By: <u>s/David Gulbransen/</u>
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com