IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tetris Holdin LLC | ) |
| | ) Case No. 1:24-cv-3436 |
| v. | ) |
| | ) Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and | ) |
| UNINCORPORATED ASSOCIATIONS | ) Magistrate: Hon. Jeannice W. Appenteng |
| IDENTIFIED ON SCHEDULE A | ) |
| | ) |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, Tetris Holding, LLC ("Tetris") against the Defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's Complaint (collectively, the "Infringing Websites" or "Infringing Webstores"), and Plaintiff having moved for entry of Default and Default Judgment against the Defendants not already dismissed, identified in Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of the TETRIS word mark and Tetris design mark (U.S. Reg. Nos. 1657499, 2288504, 2362238, 2362250, 3818232, 4313472, 4309504, 3396574, 3518292, 4592832) (collectively, the "Mark" or "Marks").

The registrations are valid, unrevoked, and uncancelled. Defendants use the Mark and display images protected by trademark and copyright on the Infringing Websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

a. using the TETRIS trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Tetris product or not authorized by Plaintiff to be sold in connection with the TETRIS Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Tetris product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Tetris and approved by Plaintiff for sale under the TETRIS Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Tetris, or are sponsored by, approved by, or otherwise connected with Tetris;

d. further infringing the TETRIS trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the TETRIS trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the Infringing Webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

  h. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the TETRIS trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Tetris product or not authorized by Tetris to be sold in connection with the TETRIS trademark;

  i. registering any additional stores, websites, or domain names that use or incorporate any of the TETRIS trademark.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, AliExpress, Amazon, Bonanza, eBay, DHGate, Etsy, Fruugo, JoyBuy, Shein, Temu, Shopify, Wish, Walmart, etc., shall within three (3) business days of receipt of this Order:

  a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the TETRIS Trademarks, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

  b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing Webstores.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of Two-Hundred and Fifty Thousand Dollars (U.S.) and No Cents ($100,000.00) for using counterfeit TETRIS Trademarks on products sold through at least the Infringing Webstores. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

4

a. Alibaba, AliExpress, Amazon, Bonanza, eBay, DHGate, Etsy, Fruugo, JoyBuy, Shein, Temu, Shopify, Wish, Walmart, etc., (collectively the "Platforms") and PayPal, Payoneer, Stripe, World First Asia Limited, World First Markets Limited, World First USA, Inc., Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union and any of their subsidiaries (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores identified in Schedule "A", except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

b. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

  i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

5

  ii. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

  iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

 4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

 a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

 b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

 c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

 5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any

supplemental proceeding to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

**IT IS SO ORDERED.**

Dated: 8/30/2024

_____
U.S. District Court Judge Elaine E. Bucklo

Schedule A

| Doe | Store Name | Merchant ID |
|---|---|---|
| 2 | Shenzhen Aisuosi Innovation Technology Co., Ltd. | aisuosi |
| 3 | Shenzhen Jinhan Toys And Gifts Co., Ltd. | asbyoi |
| 4 | Yiwu Baizu Trading Co., Ltd. | baizufactory |
| 5 | Shantou Baohe Toy Industry Co., Ltd. | baohetoy |
| 6 | Shantou Beilisi Toys Co., Ltd. | beilisitoy |
| 7 | Suzhou Best Crafts Co., Ltd. | bestfidgettoy |
| 8 | Quanzhou Lanjin Trading Co., Ltd. | bluechildren |
| 9 | Shantou Rongheqiang Trade Co. Ltd | chaoyuantoys |
| 11 | Henan Chengkai Information Technology Co., Ltd. | chengkaitoy |
| 12 | Yiwu B&T Crafts & Arts Co., Ltd. | chinacrafts |
| 14 | Xiamen Huanqiu Aerospace Technology Co., Ltd. | cn1524303644odyb |
| 17 | Yiwu Rilano Import & Export Co., Ltd. | cnlilan |
| 18 | Hangzhou Coobamboo Import And Export Co., Ltd. | coobamboo |
| 19 | Nanjing Cool March International Trade Co., Ltd. | coolmarchcrafts |
| 20 | Hunan Yuetu Culture Communication Co., Ltd. | csyuetu |
| 21 | Shenzhen Chengtao Toys Limited Company | ctwj2021 |
| 22 | Cao County Mingrui Handicraft Factory | cxmingrui |
| 23 | Shantou De Paradise Toys Co., Ltd. | deletoys |
| 24 | Dalian Jinrong Daily Necessities Co., Ltd. | dljinrong |
| 25 | Zhengzhou Donglei Amusement Equipment Co., Ltd. | dongleitoys |
| 26 | Yiwu City Multi Yan Trading Firm | duoyan2022 |
| 27 | Ningbo Ekestars Import And Export Co., Ltd. | ekestars |
| 29 | Real Love Industrial Group Zhejiang Company Limited Yiwu Branch | factorygroups |
| 30 | Guangzhou Ledong Inflatables Products Co., Ltd. | gzledong |
| 31 | Shantou Chenghai District Hangyu Toys Factory | hangyutoys |
| 32 | Jinhua Heyuan Technology Co., Ltd. | happysymbol |
| 36 | Taizhou Huangyan Honglei Crafts Factory | hongleiwoodart |
| 37 | Yiwu Flowers Sweet Maternal And Infant Supplies Co., Ltd. | htbaby |
| 38 | Guangzhou Huayue Inflatable Products Co., Ltd. | huayuecq |
| 39 | Shenzhen Huiboxin Electronics Co., Ltd. | huiboxin |
| 40 | Huzhou Tianyou Trading Co., LTD | hztianyou01 |
| 41 | Guangzhou Ifun Toys Co., Limited | ifuntoy |
| 42 | Wenzhou Yingshang Technology Co., Ltd. | innotoptoys |
| 44 | Jinming Toys & Crafts Imp. & Exp. Co., Ltd. | jintoys |
| 45 | Shenzhen Krishna Toys & Gifts Co., Limited. | krishnatoysgifts |

| | | |
|---|---|---|
| 46 | Shenzhen Kutaolo Toy Co., Ltd. | kutaole |
| 47 | Shenzhen Lavy Technology Co., Ltd. | lavysz |
| 48 | Guangzhou Leqi Inflatable Co., Ltd. | leqiinflatable |
| 49 | Guangzhou Leqi Inflatable Co., Ltd. | leqijumpinginflatable |
| 50 | Shenzhen Xiaomaiqi Technology Co., Ltd. | mikii |
| 51 | Zhongshan MX Silicone Rubber Model Factory | mxguipai |
| 53 | Yiwu Liyi Import And Export Co., Ltd. | nachochen |
| 54 | Nanjing Bongem Import & Export Co., Ltd. | njbocheng |
| 55 | Shantou Pinchi Toys Co., Ltd. | pctoys |
| 56 | Shanghai Fengjin Commodity Co., Ltd. | peakim |
| 58 | Hangzhou Sea Mind Import & Export Co., Ltd. | richelegant |
| 59 | SAISHWARI EXPORTS | saishwari |
| 60 | Skylark Network Co., Ltd. | skylark2 |
| 61 | Changsha Speed Zebra E-Commerce Co., Ltd. | speedzebra |
| 63 | Shantou Sunyok Toys Technology Co., Ltd. | sunyoktoys |
| 65 | Shenzhen Hua Youyuan Technology Co., Limited | szhuayouyuan |
| 67 | Guangzhou TMR I/E Co., Ltd. | tjmark |
| 69 | Shantou Tianyi Toys Industrial Co., Ltd. | topskyco |
| 70 | Guangzhou U-Rides Attraction Co., Ltd. | u-rides |
| 71 | Ubis (fuzhou) Imp&Exp Trade Co., Ltd. | ubis1993 |
| 72 | shanghai variety gift and toy co.,ltd. | varietygiftoy |
| 73 | Shantou Weiyi Trading Co., Ltd. | weetrading |
| 75 | Yichang Maternal And Infant Products (Shenzhen) Co., Ltd. | ycbbstroller |
| 76 | Yunhe Kingmo Arts &crafts Co., Ltd. | yhjinmao |
| 78 | Yiwu Kangmao Trading Co., Ltd. | yiwukangmao |
| 79 | Yiwu Weixi Import And Export Co., Ltd. | yiwuwx |
| 80 | Yiwu Yanxi Trading Firm | yiwuyanxi |
| 81 | Yiwu Wanqing Arts & Crafts Co., Ltd. | ykmozi |
| 82 | Hunan You Pin Good Trade Co., Ltd. | yopjia |
| 83 | Yiwu Yongrong Plastic Products Co., Ltd. | yrswimming |
| 84 | Yiwu Jianyun Electronic Business Firm | ywjianyun |
| 85 | Yuyao Qiqi Photoelectric Instrument Factory (general Partnership) | yyqqgd |
| 86 | Shantou Chenghai District Haitong Zhiqu Toy Store | zhiqutoy |
| 87 | Zhejiang Zirui Supply Chain Management Co., Ltd. | zirui777 |
| 88 | Zhaoqing Junjie Technology Co., Ltd. | zqjunjie |
| 89 | KK Teaching Toy Store | 1100512152 |
| 90 | China Wholesale NO. 1 Store | 1100820917 |
| 91 | Best Baby Toy Shop | 1101016733 |

9

| 92 | Good mommy Store | 1101118987 |
|---|---|---|
| 93 | ZEYI1010 Store | 1101213122 |
| 94 | Fenty Store | 1101220179 |
| 95 | CH Xin Store | 1101247759 |
| 96 | MAYIYAHI Toys Store | 1101262568 |
| 97 | GUDUOLA Store Store | 1101285303 |
| 98 | bangcost Store | 1101292630 |
| 99 | Janmife teaching model Store | 1101294518 |
| 100 | Dreamer Childhood Store | 1101319065 |
| 101 | Harvest Story Store | 1101321500 |
| 102 | Slave female Store | 1101323073 |
| 103 | Whim Tribe World Store | 1101335160 |
| 104 | Belle NiNi Toy factory Store | 1101352391 |
| 105 | Hapi Baby Store | 1101366802 |
| 106 | Carol Monkey Baby Official Store | 1101387222 |
| 107 | Oriental Toy City Store | 1101575366 |
| 108 | COLOQYS Store | 1101608389 |
| 109 | JADENSUE Store | 1101697418 |
| 110 | Fun Wooden Toy Store | 1101753883 |
| 111 | ZXH Living Hall Store | 1101769516 |
| 112 | Delicate House Store | 1101815378 |
| 113 | Xingluyu Toy Factory168 Store | 1101819391 |
| 114 | whicky's no.2 Store | 1101932583 |
| 115 | Mommy Baby eshopping Store | 1101937270 |
| 116 | China tool factory store Store | 1101952058 |
| 117 | B-CATON Store | 1101960496 |
| 118 | Naughty Cat Store | 1102021955 |
| 119 | China Shop11 Store | 1102099009 |
| 120 | Children Specialty Store | 1102132468 |
| 121 | Keep The Child Quiet Toy Store | 1102142516 |
| 122 | Kindergarten Toy Wholesale Store | 1102156239 |
| 123 | HQ Joy Store | 1102198257 |
| 125 | Shop1102324164 Store | 1102327119 |
| 126 | Love Baby Toy Store Store | 1102425401 |
| 127 | TXWJ Store | 1102437011 |
| 128 | Shop1000055 Store | 1102441976 |
| 129 | Hambo Baby - Kids Store | 1102485344 |
| 130 | GGbell Official Store | 1102527123 |
| 131 | XJX01 Store | 1102529042 |

| 132 | Happy Host Store | 1102530675 |
|---|---|---|
| 133 | Toy Closet Store | 1102636099 |
| 134 | Emile Baby-mom Store Store | 1102648820 |
| 135 | Carol Monkey Baby Official Store | 1102704116 |
| 136 | Baby032502 Store | 1102741067 |
| 137 | GDLK Toy Store | 1102798369 |
| 138 | ZLM Vitality Toy Store | 1102808504 |
| 139 | Corbrano Store | 1102826077 |
| 140 | The Magic House Store | 1102883551 |
| 141 | An Interesting Store Store | 1102909731 |
| 142 | Shop1102928851 Store | 1102929894 |
| 143 | Nan Li Third Store | 1102942472 |
| 144 | Happy Childhood Toy Store | 1103031239 |
| 145 | Surprised L Store | 1103055500 |
| 146 | Shop1103062651 Store | 1103065554 |
| 147 | Wax Crafts Store | 1103183337 |
| 148 | Maternal And Child And Toys 001 Store | 1103200497 |
| 149 | Shop1103207164 Store | 1103201241 |
| 150 | Kai Kids Store | 1103206017 |
| 151 | Anime Toy Accessories Dropshipping Store | 1103268677 |
| 152 | The Darling Of Heaven Store | 1103284196 |
| 153 | Shop1103286204 Store | 1103284198 |
| 154 | Homeyeah Store | 1103290140 |
| 155 | Shop1103307470 Store | 1103313433 |
| 156 | Shop1103326213 Store | 1103336155 |
| 157 | Shop1103338456 Store | 1103340453 |
| 158 | Grape & Vine | A135SVWBFG80ED |
| 159 | yongchenghuaguishangmao | A15MX5285J6SMQ |
| 160 | ANTINGLS | A16P37D03IZ1RC |
| 162 | ifreeside | A1BR0MXV1VPSUK |
| 163 | Jin chen shop | A1DLJDL1JYH15W |
| 164 | SanPinJia | A1FTC2UXW2I6XE |
| 165 | suixianzuntuopamaoyiyouxiangongsi | A1GX8OER9R6DDC |
| 166 | konnection+ | A1J9GCH21S5TV0 |
| 167 | QWJ MALL | A1LCF4LOBXQ25A |
| 168 | Tronix12 | A1O5TRYCWRZ06U |
| 169 | DOUYAUS | A1OBMDJ52RBUTY |
| 170 | LLESSOO | A1P58M74LZYN4 |
| 171 | Luxury St Two | A1PH8274VHVROR |

11

| 172 | suixianl√ºpanemaoyiyouxiangongsi | A1W2TSM4EDRIN9 |
|---|---|---|
| 174 | Lewedo | A2085DPJKWO7H1 |
| 175 | WEIGENGZHANGdianzishangwuyouxiangongsi | A2248NCRPQRGRC |
| 176 | LALALA BABY | A235EVHZFU2XXF |
| 177 | dingqiaoling | A23LZCOA1VL8H1 |
| 178 | GOUAUX | A25EUYQEE4MV1I |
| 180 | suizhoushishengyimaoyiyouxiangongsi | A2F72HRQ0MYCXL |
| 181 | KERUI HOME | A2FUA5WTIXOBRP |
| 182 | YongDeFu | A2H2HLKOEFHHS7 |
| 184 | HUICHUANG1 | A2J9U0DXPRN78N |
| 185 | LOYATANK | A2KOI7OB48TK10 |
| 186 | Hycc shop | A2L8N8S9CSBU3B |
| 187 | FLLOBE | A2LMQAOLFGXA9V |
| 192 | MEIWEIJIAdianzishangwu | A30XUGQZK7Q3VS |
| 193 | Hmcs | A35XX2ZQD1DMDR |
| 194 | WangYiHangDeDian | A36X0LP8SYJM4E |
| 196 | CHAHOT-US | A3BU4GN0X3IKKS |
| 198 | Panshi | A3FJG0IMNL4EE5 |
| 200 | Stelle Wor1d | A3I1BVL3NUYYYT |
| 203 | SLCSY | A3T4GQR67CBJ42 |
| 207 | WHMang | ABVGTI8YF03U2 |
| 208 | Rowmshi Direct | ADJB3S5NJ8060 |
| 209 | suixianyingtayimaoyiyouxiangongsi | ADW9F9HK16HAH |
| 210 | Shengstore01 | AFXBSOOUHSWUJ |
| 213 | guangzhoushishihaowangluokejiyouxiangongsi | AJ26KRQVZFHED |
| 215 | XVZKIZJ | AN0EE4TEYTU8H |
| 216 | Multicolour Art | ANTCD29K2BI1Z |
| 218 | Yubodi | ATMF2YKSS0IYZ |
| 222 | Led light/Face mask store Store | 20984772 |
| 223 | newkeygood Store | 21030059 |
| 224 | chao08 Store | 21357985 |
| 225 | catherine006 Store | 21622967 |
| 226 | liancheng04 Store | 21733796 |
| 227 | summm_wholesale Store | 21770198 |
| 228 | bian08 Store | 21859865 |
| 229 | channele Store | 21877478 |
| 230 | nostalgie Store | 21929359 |
| 231 | cartonn Store | 21929384 |
| 232 | chinastore10 Store | 21942373 |

| | | |
|---|---|---|
| 233 | bestwish666 | bestwish666 |
| 234 | BobbyDobby-0520 | bobbydobby0520 |
| 235 | columnboni_0 | columnboni0 |
| 236 | feiledi | feiledi |
| 237 | goodtoysfromua | goodtoysfromua |
| 238 | KIT-KABOODLE | kitkaboodle |
| 240 | liangnv | liangnv |
| 241 | lifeenjoy | lifeenjoy |
| 242 | MagnaArxStore | magnaarxstore |
| 244 | moonstore57 | moonstore57 |
| 245 | nvn_store | nvn_store |
| 246 | oedigital*2jva | oedigital2jva |
| 247 | Perth*f8j | perthf8j |
| 249 | samithk-27 | samithk-27 |
| 251 | toolpart_1995 | toolpart1995 |
| 252 | wooddesigncut | wooddesigncut |
| 253 | Yeewadut | yeewadut |
| 254 | 3DGamesLv | 3DGamesLv |
| 255 | ANTART1 | ANTART1 |
| 256 | BespokeandOakCo | BespokeandOakCo |
| 257 | BrainyGames | BrainyGames |
| 258 | CandyCabsUK | CandyCabsUK |
| 259 | ChristmasGiftsBK | ChristmasGiftsBK |
| 260 | Cosmic3DByScott | Cosmic3DByScott |
| 261 | CreaMaudEpoxy | CreaMaudEpoxy |
| 262 | DoubleOwoodcrafts | DoubleOwoodcrafts |
| 263 | EncounterCraftshop | EncounterCraftshop |
| 264 | EruditeMonkeysCo | EruditeMonkeysCo |
| 265 | GabaWoodenToys | GabaWoodenToys |
| 266 | HomeWoodwise | HomeWoodwise |
| 267 | IconsPuzzle | IconsPuzzle |
| 268 | Jamman3D | Jamman3D |
| 269 | luxurychadia | luxurychadia |
| 270 | Marleensart | Marleensart |
| 271 | Nuhatoys | Nuhatoys |
| 272 | Playtude | Playtude |
| 273 | ShinyGiftsHK | ShinyGiftsHK |
| 274 | talentedkidz | talentedkidz |
| 275 | TokToy | TokToy |

| 276 | UniquelyUs786 | UniquelyUs786 |
|---|---|---|
| 277 | WherecanI | WherecanI |
| 278 | Woodentoygames | Woodentoygames |
| 279 | WoodenTreasuresUkr | WoodenTreasuresUkr |
| 280 | WoodStyleToys | WoodStyleToys |
| 281 | WoodyWoodyWoody | WoodyWoodyWoody |
| 282 | WoowConcept3D | WoowConcept3D |
| 283 | Witday Technology | 13717 |
| 284 | Shenzhenpaiaisikejiyouxiangongsi | 13919 |
| 286 | OutletTrends | outlettrends.com |
| 288 | SovietExpress | sovietexpress.com |
| 292 | HaoFengDa | 1380576820 |
| 293 | jialesi | 1504945903 |
| 294 | black friday | 1622053065 |
| 300 | Xiong Hai Zi | 4496115432 |
| 302 | SZAOJI | 5109160783 |
| 303 | Jiayang Youth Faction | 7306054177 |
| 305 | ltkusj | 9450378950 |
| 306 | HECCEI SHOP | hecceishop.com |
| 308 | Two Elephants | thetwoelephants.com |
| 309 | Wood you like to play? | woodyouliketoplay.com.au |
| 310 | linsenmeyer | 1.2969E+11 |
| 313 | BicMan Co.Ltd | 101131875 |
| 315 | Kanavi | 101182363 |
| 316 | Pure Life Store | 101191590 |
| 317 | RuiKe. Co Ltd | 101229834 |
| 318 | SENCU | 101256181 |
| 320 | HFYMarketplace LLC | 101277204 |
| 321 | WLHONG TOYS | 101277881 |
| 322 | fujianxinsiyu | 101310242 |
| 323 | LOYATANK | 101335834 |
| 324 | Jake.Secer | 101353351 |
| 325 | JUSTFORYOU | 101422832 |
| 327 | Chalkart | 101480455 |
| 329 | LTFIRFER | 101521246 |
| 332 | Guangzhou Dingbao e-commerce Co., LTD | 7376 |
| 333 | Shenzhen Shengqi Technology Co., LTD | 13519 |

14